# FORM A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

Rev. 10/10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

FILED
JAMES J. VILT, JR. - CLERK
SEP 26 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

George Kevin "Quinn"
A.K.A. King Kevin

(Full name of the Plaintiff(s) in this action)

v.

O.C.D.C. et al
Art Maglinger
① unknown black male A.K.A. Miami Cell 124
② Tall, wears glasses also out of town unkown black male Cell 123

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 4:22-CV-137-JHM
(To be supplied by the clerk)

(✓) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: George Kevin Quinn

Place of Confinement: Daviess County Detention Center

Address: 3337 U.S. Hwy 144 Owensboro KY 42303

Status of Plaintiff: CONVICTED ( )   PRETRIAL DETAINEE (✓)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(B) **Defendant(s)**. Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant **Art Maglinger** *refuses to give black males names* is employed as **Jailer** at **Daviess County Jail**

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(2) Defendant **(1) A.K.A. Miam, uknown black male Cell #124** is ~~employed~~ *incarcerated* as **State inmate #124 High Risk** at **D.C.D.C. US Hwy 1514, Owensboro KY 42303**

The Defendant is being sued in his/her (✓) individual and/or (__) official capacity.

(3) Defendant **unknown black male Cell #123** *tall wears glasses out of town* is employed as **State inmate #123 High Risk** at **D.C.D.C.**

The Defendant is being sued in his/her (✓) individual and/or (__) official capacity.

(4) Defendant **D.C.D.C.** is employed as **Jail** at **D.C.D.C. US Hwy 144 Owensboro KY 42303**

The Defendant is being sued in his/her (__) individual and/or (✓) official capacity.

2

    (5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II. PREVIOUS LAWSUITS

    (A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (___) NO (✓)

    (B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

    Parties to the previous lawsuit:

        Plaintiff(s): _____

        _____

        Defendant(s): _____

        _____

    Court (if federal court, name the district. If state court, name the county):

    _____

    Docket number: _____

    Name of judge to whom the case was assigned: _____

    Type of case (for example, habeas corpus or civil rights action):_____

    Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?): _____

    Approximate date of filing lawsuit: _____

    Approximate date of disposition: _____

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

① Art Maglinger removed locks in High Risk allowing other inmates to break into my house and assault me and refuses to give names of said individuals who did so (abusing a mentally ill person accessory to assault 3rd degree

② D.C.D.C steals half of my S.S.I money at the jail. (Theft, abusing a mentally ill person

On or around Sept 3, 2022

③ A.K.A. Miami short unknown black male pops my bean flap and takes a meal tray and strikes me in forehead, spits on me, throws urine and feces on me, throws trash can full of trash into my cell house and says he is going to rape my daughters (abusing a mentally ill person, assault 3rd degree cell 124 High risk

④ Tall unknown black male wears glasses popped my bean flap takes broom handle strikes me in mouth and causes me to loose two teeth, says he is going to rape my daughters.(abusing a mentally ill person and 3rd degree assault

4

**III. STATEMENT OF CLAIM(S) continued**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

✓ award money damages in the amount of $ $250,000. from Daviess Co. Detention Cent,

___ grant injunctive relief by removing Art and make Roundman Jailer

✓ award punitive damages in the amount of $ $25,000 for each defend,

✓ other: (a) to have my teeth fixed and put locks on bean flaps again (b) refund all my money in $20.00 a day per diem

## V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 22 day of September, 2022

_Kevin Quinn_
(Signature of Plaintiff)
A.K.A. King Kevin

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _____.

_Kevin Quinn_
(Signature)

6

George Kevin Quinn
3337 U.S. Hwy 144
Owensboro KY 42303

DAVIESS CO.
UNCENSORED
JAIL MAIL

Federal Courthouse
423 Frederica Street Suite 126
Owensboro, KY 42301-3013

GOD BLESS THESE WORDS and ol Judge McKinleys soul)