UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

**GEORGE KEVIN QUINN**                                                                                      PLAINTIFF
*aka King Kevin*

v.                                                                  CIVIL ACTION NO. 4:22-CV-P137-JHM

**DCDC et al.**                                                                                                   DEFENDANTS

### ORDER

For the reasons set forth in the Memorandum and Order entered this date, and being otherwise sufficiently advised,

**IT IS ORDERED** that the instant action is **DISMISSED** pursuant to Fed. R. Civ. P. 41(b) for failure to comply with a prior Order of this Court and for failure to prosecute.

**IT IS FURTHER ORDERED** that all pending motions are **DENIED as moot**.

There being no just reason for delay in its entry, this is a final Order.

This Court further **certifies** that an appeal *in forma pauperis* would be frivolous and therefore would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date: March 3, 2023

Joseph H. McKinley Jr., Senior Judge
United States District Court

cc:    Plaintiff, *pro se*
4414.009